**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| SPICE MERCHANTS ENTITIES CORP., a Michigan corporation, and STM Properties, LLC, a Michigan limited liability company, and LISA FREEMAN, a Michigan individual,<br><br>*Plaintiffs,*<br><br>v.<br><br>PRETTY COLORADO, LLC, a Colorado limited liability company, CORINE WINSLOW, a Colorado individual, and ELLIS YOUNG (USA), LTD, a Colorado limited liability company.<br><br>*Defendant.* | CASE NO. |

## SUMMONS IN A CIVIL ACTION

To:   **Ellis Young (USA), LTD**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**ROBINSON WATERS & O'DORISIO, P.C.**
Harold R. Bruno III, Esq.
Colorado Bar. No. 14945
Samuel John, Esq.
Colorado Bar. No. 55680
1099 18th Street, Suite 2600
Denver, CO 80202
Telephone: (303) 297-2600
Facsimile: (303) 297-2750 (f)
Email: hbruno@rwolaw.com
Email: sjohn@rwolaw.com
*Attorneys for Plaintiff*

2

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    *CLERK OF COURT*

                                                              _____
                                                              *Signature of Clerk or Deputy Clerk*